In the Matter of the Application of ISABEL W. G. REED, Respondent, for a Writ of Mandamus against THE NATIONAL ORDER OF THE DAUGHTERS OF ISABELLA et al., Appellants.

*Matter of Reed* v. *Nat. Order Daughters of Isabella,* 177 App. Div. 949, affirmed.

(Argued November 13, 1917; decided November 27, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 21, 1917, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to reinstate the petitioner to membership in the National Order of the Daughters of Isabella.

*P. H. Fitzgerald* for appellants.

*Warnick J. Kernan* and *Charles L. De Angelis* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.